UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| v. | * | Criminal No. 06-10291-JLT |
| | * | |
| TRENT MILLER, | * | |
| | * | |
| Defendant. | * | |

ORDER

May 16, 2007

TAURO, J.

This court hereby orders that Defendant's Motion to Examine Jury Questionnaires Before Voir Dire [#25] is ALLOWED. Both parties may access the prospective jury questionnaires so long as this process does not unnecessarily delay or otherwise hinder the trial.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge