

# M E M O R A N D U M

**To:** Honorable Denise J. Casper, U.S. District Judge
**From:** Patrick Skehill, U.S. Probation Officer
**cc:** Nadine Pellegrini, U.S. Attorney
Timothy Watkins, Federal Public Defender's Office
**Re:** **MILLER, Trent**
**Dkt No. 06-CR-10291**
**Date:** July 23, 2015

On July 6, 2015, the U.S. Probation Office filed a petition requesting a warrant for Trent Miller based on his arrest by the Cambridge Police for the following offenses: Rape; Forgery of a Check; Uttering False Check; and Larceny over $250. Additionally, the petition included a violation alleging the defendant had failed to submit his monthly supervision reports since June 2014. Subsequent to his arrest, Mr. Miller was arraigned in Cambridge District Court on July 3, 2015, at which time he was ordered held on $5,000 cash bail pending a further pretrial hearing.

On July 22, 2015, the Middlesex District Attorney's Office advised this Officer they had dismissed their case against Mr. Miller due to a lack of evidence. In addition to a lack of physical evidence, the victim informed the district attorney she did not wish to pursue the charges against Mr. Miller. Given that the primary violation alleged in the defendant's petition was related to his state case, our office is respectfully asking Your Honor to withdraw the violation petition and allow Mr. Miller to resume his term of supervised release that commenced on November 9, 2012 and is scheduled to terminate on November 8, 2015.

Following his initial appearance before the Honorable Robert B. Collings on July 22, Mr. Miller was released and ordered to comply with bail conditions, similar to his terms of supervised release, pending a decision from Your Honor regarding this memorandum. Since being released from custody, Mr. Miller completed his delinquent monthly reports to satisfy Violation II of our petition.

If Your Honor agrees with our recommendation, please affix your signature below.

Case 1:06-cr-10291-DJC   Document 105   Filed 07/27/15   Page 2 of 2

Reviewed & Approved by:

/s/Basil Cronin
Basil Cronin
Supervising U.S. Probation Officer

✓ Violation petition withdrawn
___ Other

_____
The Honorable Denise J. Casper
U.S. District Judge
Date: 7/23/2015